# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL ANTHONY PRUITT**                                                          **PLAINTIFF**

v.                    **CASE NO. 4:16-CV-00814 BSM**

**C. WILLIAMS, Lieutenant,**
**White County Detention Center, et al.**                                            **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No.11] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Michael Anthony Pruitt's complaint [Doc. No. 1] is dismissed without prejudice, which constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 23rd day of February 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE